# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODNEY HOLT,

    Plaintiff,

v.

US BANK N.A., *et al*.,

    Defendants.

Case No. 2:12-CV-00463-KJD-CWH

**ORDER**

    Before the Court is Motion for Order Granting Extension of Time to File First Amended Complaint (#75). Defendants have filed an opposition (#76) and Plaintiff has filed a Reply (#77).

    On September 7, 2012, the Court issued an Order (#73) dismissing Plaintiff's complaint. Plaintiff asserted a number of discredited legal theories in his original complaint and the Court noted that it "has serious doubts that Plaintiff will be able to state any plausible claims if he chooses to amend his Complaint." However, the Court provided Plaintiff the opportunity to amend if he did so within 14 days of the date of the order.

    Plaintiff filed his request for an extension on the last day before the deadline expired. Originally, Plaintiff did not state any reason for the requested extension. When Defendants objected on this basis, Plaintiff filed a reply arguing that the deadline set by the Court was not convenient to

him, and making allegations that the timing of the Court's order and removal of personal property and "evidence" from his home were connected.

The Court declines to further extend Plaintiff's time to file an amended complaint based on the justifications offered by Plaintiff. Throughout this litigation, Plaintiff has demonstrated a pattern of submitting voluminous filings, raising dubious arguments, and engaging in delay tactics. These practices burden the Court and are prejudicial to the Defendants. Accordingly, the Motion is denied.

**IT IS HEREBY ORDERED** that the Motion for Order Granting Extension of Time to File First Amended Complaint (#75) is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** and the Clerk of the Court is directed to close this case.

DATED this 16th day of January 2013.

_____
Kent J. Dawson
United States District Judge

2